# JS-6   O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Muppets Studio, LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>Bobbi Pacheco a/k/a Bobbi Jo Swartzendruber, an individual and d/b/a oldschoolpuppets, and Does 1 – 10, inclusive,<br><br>            Defendants. | Case No.<br>CV 12-7303 JGB (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff.

   The Court orders that judgment shall be entered as follows:

1. Defendant is hereby restrained and enjoined from:

   A.   Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing,

---

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT

1 advertising, selling and/or offering for sale
2 any merchandise which features any of
3 Plaintiff's Properties, and, specifically:
4 i) Importing, manufacturing, distributing,
5     advertising, selling and/or offering for
6     sale the Counterfeit Products or any other
7     unauthorized products which picture,
8     reproduce, copy or use the likenesses of
9     or bear a substantial similarity to any of
10     Plaintiff's Properties;
11 ii) Importing, manufacturing, distributing,
12     advertising, selling and/or offering for
13     sale in connection thereto any
14     unauthorized promotional materials,
15     labels, packaging or containers which
16     picture, reproduce, copy or use the
17     likenesses of or bear a confusing
18     similarity to any of Plaintiff's
19     Properties;
20 iii) Engaging in any conduct that tends falsely
21     to represent that, or is likely to
22     confuse, mislead or deceive purchasers,
23     Defendant's customers and/or members of
24     the public believe, the actions of
25     Defendant, the products sold by Defendant,
26     or Defendant herself are connected with
27     Plaintiff, are sponsored, approved or
28

1

|    |    |                                                                                  |
|----|----|----------------------------------------------------------------------------------|
| 1  |    | licensed by Plaintiff, or are affiliated                                         |
| 2  |    | with Plaintiff;                                                                  |
| 3  |    | iv) Affixing, applying, annexing or using in                                     |
| 4  |    | connection with the importation,                                                 |
| 5  |    | manufacture, distribution, advertising,                                          |
| 6  |    | sale and/or offer for sale or other use of                                       |
| 7  |    | any goods or services, a false description                                       |
| 8  |    | or representation, including words or                                            |
| 9  |    | other symbols, tending to falsely describe                                       |
| 10 |    | or represent such goods as those being                                           |
| 11 |    | those of Plaintiff.                                                              |
| 12 | 2. | Plaintiff is awarded a monetary judgment                                         |
| 13 |    | constituting:                                                                    |
| 14 |    | A.  Statutory damages provided by the Copyright                                  |
| 15 |    | Act, 17 U.S.C. § 504, for the willful                                            |
| 16 |    | infringements of Plaintiff's copyright in the                                    |
| 17 |    | amount of $15,000;                                                               |
| 18 |    | B.  Attorneys' fees totaling $1,500; and                                         |
| 19 |    | C.  Interest on the principal amount of the                                      |
| 20 |    | judgment to Plaintiff at a statutory rate                                        |
| 21 |    | pursuant to 28 U.S.C. § 1961(a).                                                 |

Dated: June 6, 2013

THE HONORABLE JESUS G. BERNAL
United States District Judge

JS-6

2