JS-6     O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| The Muppets Studio, LLC, | Case No. |
|---|---|
| Plaintiff, | CV 12-7303 JGB (FFMx) |
| v. | |
| Bobbi Pacheco a/k/a Bobbi Jo Swartzendruber, an individual and d/b/a oldschoolpuppets, and Does 1 – 10, inclusive, | **JUDGMENT** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff.

   The Court orders that judgment shall be entered as follows:

1. Defendant is hereby restrained and enjoined from:

   A.   Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing,

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT

1         advertising, selling and/or offering for sale
2         any merchandise which features any of
3         Plaintiff's Properties, and, specifically:
4         i)  Importing, manufacturing, distributing,
5             advertising, selling and/or offering for
6             sale the Counterfeit Products or any other
7             unauthorized products which picture,
8             reproduce, copy or use the likenesses of
9             or bear a substantial similarity to any of
10            Plaintiff's Properties;
11        ii) Importing, manufacturing, distributing,
12            advertising, selling and/or offering for
13            sale in connection thereto any
14            unauthorized promotional materials,
15            labels, packaging or containers which
16            picture, reproduce, copy or use the
17            likenesses of or bear a confusing
18            similarity to any of Plaintiff's
19            Properties;
20        iii) Engaging in any conduct that tends falsely
21            to represent that, or is likely to
22            confuse, mislead or deceive purchasers,
23            Defendant's customers and/or members of
24            the public believe, the actions of
25            Defendant, the products sold by Defendant,
26            or Defendant herself are connected with
27            Plaintiff, are sponsored, approved or
28

```
 1                licensed by Plaintiff, or are affiliated
 2                with Plaintiff;
 3           iv) Affixing, applying, annexing or using in
 4                connection with the importation,
 5                manufacture, distribution, advertising,
 6                sale and/or offer for sale or other use of
 7                any goods or services, a false description
 8                or representation, including words or
 9                other symbols, tending to falsely describe
10                or represent such goods as those being
11                those of Plaintiff.
12  2.   Plaintiff is awarded a monetary judgment
13       constituting:
14       A.   Statutory damages provided by the Copyright
15            Act, 17 U.S.C. § 504, for the willful
16            infringements of Plaintiff's copyright in the
17            amount of $15,000;
18       B.   Attorneys' fees totaling $1,500; and
19       C.   Interest on the principal amount of the
20            judgment to Plaintiff at a statutory rate
21            pursuant to 28 U.S.C. § 1961(a).
22
23
24                                    [signature]
25  Dated: June 6, 2013
26                              THE HONORABLE JESUS G. BERNAL
                                United States District Judge
27                         JS-6
28
                                 2
```